IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01742-DDD

JAIRO ISMAEL URBINA-GARCIA,

     Petitioner,

v.

ROBERT HAGAN, Field Office Director of Enforcement and Removal Operations,
Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, U.S. Attorney General,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
WARDEN OF DENVER CONTRACT DETENTION FACILITY,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the [ECF 24] Order,

filed July 24, 2026, by the Honorable Daniel D. Domenico, Chief United States District

Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the [ECF 4] Order to Show Cause is DISCHARGED, and the

[ECF 1] Application for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

This case will be closed.

DATED at Denver, Colorado this <u>24th</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

H. Guerra,
Deputy Clerk